# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JOSEPH R. WILLIE, II, D.D.S,** § § § | |
| **Plaintiff,** § § | |
| v. § § | **CIVIL ACTION NO. _____** |
| § | **(State Cause No. 2019-44092)** |
| **MODERN DENTAL PROFESSIONALS** § | |
| **- HOUSTON P.C. d/b/a BRIGHT NOW!** § | |
| **DENTAL CENTERS f/k/a CASTLE** § | |
| **DENTAL AND SMILE BRANDS, INC.** § § | |
| **Defendants.** § | |

## EXHIBIT A

## INDEX OF MATTERS BEING FILED

Defendants Modern Dental Professionals – Houston P.C. d/b/a Bright Now! Dental Centers f/k/a Castle Dental and Smile Brands, Inc.'s Index of Matters Being Filed with its Notice of Removal:

- Exhibit B:  Plaintiff's Original Petition;
- Exhibit C:  Process on Defendant Modern Dental;
- Exhibit D:  Process on Defendant Smile Brands;
- Exhibit E:  Defendant Modern Dental's Answer to Plaintiff's Original Petition;
- Exhibit F:  Defendant Smile Brands' Answer to Plaintiff's Original Petition;
- Exhibit G:  Civil Process Request Forms and Certified Mail Receipts filed in State Court in connection with service of process on both Defendants;
- Exhibit H:  State court docket sheet; and
- Exhibit I:  A list of all counsel of record, including addresses, telephone numbers, and parties represented.